UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE PEASE

CASE NO.: 8:02-cv-1830-T-24

vs.

UNITED STATES OF AMERICA

_____/

## ORDER

This cause comes before the Court on Petitioner's Motion for Reconsideration (Dkt. 29) of the Court's Order (Dkt. 28) denying his Motion for Reconsideration of the Court July 31, 2006 denial of his motion pursuant to 28 U.S.C. § 2255, and on Petitioner's Motion Seeking leave to amend his original motion for reconsideration (Dkt. 30).

"A motion for reconsideration does not provide an opportunity to simply reargue—or argue for the first time—an issue the Court has once determined." *Bankers Life Ins. Co. v. Credit Suisse First Boston Corp.*, No. 8:07CV00690-T-17MSS, 2008 WL 4372847, at *1 (M.D. Fla. Sept. 24, 2008) (citation omitted).  The decision to grant a motion for reconsideration is within the sound discretion of the trial court and will only be granted to correct an abuse of discretion.  *Id.* (citing *Region 8 Forest Serv. Timber Purchases Council v. Alcock*, 993 F.2d 800, 806 (11th Cir. 1993)). "When issues have been carefully considered and decisions rendered, the only reason which should commend reconsideration of that decision is a change in the factual or legal underpinning upon which the decision was based." *Id.* (quoting *Taylor Woodrow Constr. Corp. v. Sarasota/Manatee Airport Auth.*, 814 F.Supp. 1072, 1072-73 (M.D. Fla. 1993)).

Petitioner has not met the standard for reconsideration.  His motion is **DENIED**.

As to Petitioner's motion to amend his original motion for reconsideration, the Court has considered the motion and determine that it should be **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of October, 2015.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record
Pro se Petitioner